# Court of Appeals
# of the State of Georgia

ATLANTA,   March 04, 2014

*The Court of Appeals hereby passes the following order:*

## A14E0017.  WELCH v. SUNTRUST MORTGAGE, INC.

Cynthia Welch filed suit against Suntrust Mortgage, Inc., seeking to enjoin Suntrust from proceeding with the foreclosure of her property. On September 24, 2013, the trial court granted summary judgment to Suntrust, and dismissed Welch's complaint in its entirety with prejudice.

On November 6, 2013, this Court granted Welch's application for discretionary appeal under OCGA § 5-6-35 (j). Due to problems with compilation of the record below, however, Welch's appeal was not docketed in this Court until March 4, 2014. Consequently, Welch filed an emergency motion, seeking to stay the pending April 2014 foreclosure sale of her primary residence.

Pursuant to Court of Appeals Rule 40 (b), this Court has inherent authority to issue emergency orders "as may be necessary to preserve jurisdiction of an appeal or to prevent the contested issue from becoming moot." Accordingly, Welch's motion is hereby GRANTED, and the pending foreclosure sale of Welch's property is hereby stayed pending the resolution of Welch's appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 03/04/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ , *Clerk.*